AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

**FILED -**

MAR 3 1 2008

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.

**JOSE VILLEGAS-VILLANUEVA,**
**a/k/a Juan Lopez Ontiveros**

(Name and Address of Defendant)

Venue: SAN FRANCISCO

## CRIMINAL COMPLAINT

*JCS*

CASE NUMBER: 3 08 70189

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 17, 2008, in Humboldt County, in the Northern District of California, the defendant, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, in and affecting interstate commerce, in violation of Title 18 United States Code, Section 922(g), Felon in Possession of a Firearm.

I further state that I am a Special Agent and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 922(g):
10 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
AUSA Owens

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Arrest Warrant Requested: ☒ Yes ☐ No
Bail Amount: ___

_____
Signature of Complainant, Dan Fagetan

Sworn to before me and subscribed in my presence,

March 31, 2008 _____
Date

at Eureka, California
City and State

**Nandor J. Vadas**
**United States Magistrate Judge**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT          )
                                      ) ss. AFFIDAVIT
NORTHERN DISTRICT OF CALIFORNIA       )

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
CHARGING JOSE VILLEGAS-VILLANUEVA,
WITH VIOLATING 18 U.S.C. SECTION 922(g);
FELON IS POSSESSION OF A FIREARM

I, Dan Fagetan, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, depose, and state:

### Affiant Background

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since September 1996, approximately twelve years. During my career I have investigated numerous cases involving the illegal possession of firearms.

### Purpose of Affidavit

2. This affidavit establishes probable cause to arrest JOSE VILLEGAS-VILLANUEVA, a/k/a Juan Lopez Ontiveros (hereinafter "VILLEGAS") for being a Felon in Possession of a Firearm, in violation of 18 U.S.C. Section 922(g), when he possessed a firearm that had been previously transported in interstate or foreign commerce after he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

3. This affidavit is based in part upon my personal knowledge, interview, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

### Relevant Statute

4. Title 18 U.S.C. Section 922(g) was in full force and effect throughout the period of this investigation. Title 18 U.S.C. Section 922(g) states: "It shall be unlawful for any person

who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

## Facts Supporting Probable Cause

5. On or about March 17, 2008, the Eureka Police Department Communications Center received a 9-1-1 call that originated from 1911 Hilfiker Lane, Apartment #20, Eureka, California, (hereinafter "1911 Hilfiker Lane, Apt. #20"). According to the dispatcher, the initial 9-1-1 caller said nothing and hung up the telephone after placing the call. Eureka Police Department Officers then responded to the residence at 1911 Hilfiker Lane, Apt. #20.

6. Upon arrival at the address of 1911 Hilfiker Lane, Apt. #20, Eureka Police Department Officers knocked on the front door of the residence. Approximately one to two minutes elapsed before a Hispanic female, later identified as Esmiralda Toledo-Paz (hereinafter "Toledo-Paz"), opened the door. The door was secured with a chain and would not open completely. Officers observed an unknown Hispanic male adult, later identified as VILLEGAS, behind Toledo-Paz. Officers explained to Toledo-Paz and VILLEGAS that they were responding to a 9-1-1 call and it was necessary for the officers to make sure no one in the residence was in need of assistance. VILLEGAS then began to walk away from the front door towards the rear of the residence. Officers advised Toledo-Paz and VILLEGAS to remove the chain or they would have to force their way into the residence. VILLEGAS walked back towards the front door and removed the chain.

7. Eureka Police Officers entered the residence to make sure no one else was in the residence who needed assistance. One of the officers checked the bedroom closet, and as he

knelt down to look under the bed, the officer placed his hand on top of the bed. The officer felt a hard object under the covers of the bed. Upon pulling back the covers, the officer observed numerous firearms. As officers continued to check the apartment, they could smell a strong odor of green marijuana. In a room adjacent to the kitchen, officers observed a garbage can approximately three-quarters full of dried marijuana in clear plastic bags.

8. Agents from the Humboldt County Drug Task Force were contacted and a search warrant for 1911 Hilfiker Lane, Apt. #20 was issued by the Superior Court of California, County of Humboldt.

9. After obtaining a search warrant, the subsequent search of 1911 Hilfiker Lane, Apt. #20, revealed approximately 28.6 grams of suspected methamphetamine; approximately 31.5 pounds of dried, processed marijuana separated into individual baggies; digital and triple beam scales; packaging materials consistent with the distribution of controlled substances; suspected drug ledgers; a loaded Marlin 30-30 rifle; a loaded Maadi Company 7.62 x 39mm rifle; a Cobray 9mm machine-pistol; a suppressor (silencer); two Smith and Wesson .38 caliber revolvers; a loaded Remington 12-gauge pump shotgun; and forms of identification for the defendant. All of these firearms were found in the master bedroom.

10. Humboldt County Correction Officer Stan D. Wickham determined through fingerprint and photographic analysis that VILLEGAS was previously arrested and convicted in Humboldt County, California under the name of JOSE VILLEGAS. VILLEGAS' criminal history shows him to have one prior felony conviction resulting in State Prison sentence of more than one year, specifically a 1997 conviction for California Penal Code Section 245(a)(2), Assault with a Firearm Against a Person.

11. ATF Interstate Nexus expert Special Agent Thomas Cleary determined that all of the

firearms described in paragraph 9 were manufactured outside the state of California.

12. VILLEGAS made numerous unsolicited pre-Miranda statements to me on March 17, 2008. Initially he told me that his name was Juan Lopez Ontiveros, but later stated his true name is Jose Leopaldo VILLEGAS-VILLANUEVA and that his true identity would be determined when he was booked at the Humboldt County Detention Facility. VILLEGAS also gestured towards the master bedroom of his residence and stated that all items discovered in the bedroom belonged to him, and not Toledo-Paz. VILLEGAS stated numerous times that he knew the firearms were going to cause him a great deal of trouble.

13. Based on the facts and information detailed in the affidavit, I believe probable cause exists that JOSE VILLEGAS possessed a firearm that had been previously transported in interstate or foreign commerce after he had been convicted of a crime punishable by imprisonment for a term exceeding one year. As such, I respectfully request a warrant for his arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

Dan Fagetan
Special Agent
Federal Bureau of Investigation
Eureka, California

Subscribed and sworn before me
this 3/21 day of March, 2008.

THE HON. NANDOR J. VADAS
United States Magistrate Judge